**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ROBERT BURKS, | ) |
| Plaintiff, | ) Civil No. 08-1342 (DSD/JJG) |
| v. | ) **ORDER ON REPORT AND** |
| | ) **RECOMMENDATION** |
| METROPOLITAN COUNCIL, | ) |
| Defendant. | ) |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application To Proceed Without Prepayment Of Fees And Affidavit," (Docket No. 2), is DENIED; and

2. The action is summarily DISMISSED pursuant to 28 U.S.C. § 915(e)(2)(B)(ii).

Dated: June 24, 2008        s/David S. Doty
                            David S. Doty
                            United States District Judge